JODI LINKER
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant,
JESSE PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JESSE PADILLA,<br><br>           Defendant. | No. CR 15-00548-EJD<br><br>**DEFENDANT'S WAIVER OF PERSONAL PRESENCE DURING STATUS HEARING; [**~~PROPOSED~~**] ORDER** |

      Defendant JESSE PADILLA ("Mr. Padilla"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, waives his personal presence and requests that he be relieved from appearing at the status hearing on July 17, 2023, at 1:30 p.m.

      Mr. Padilla lives in Modesto, California, and is employed and attending to minor children. He would be grateful if he could avoid traveling to San Jose, California, for a short hearing at which the parties will only be requesting a new date for a further status hearing before the Court.  Accordingly, he is requesting that he be permitted to waive his personal appearance.

      Counsel has discussed this request with Assistant United States Attorney Anne Hsieh, and she has no opposition to a waiver of Mr. Padilla's personal presence.

1

Respectfully submitted,

JODI LINKER
Federal Public Defender

Dated: July 17, 2023

         /S/
ROBERT CARLIN
Assistant Federal Public Defender

**~~PROPOSED~~ [ORDER]**

Defendant JESSE PADILLA'S presence at the July 17, 2023 status hearing is waived.

Dated: July 17, 2023

HON. EDWARD J. DAVILA
United States District Judge

2